In the Matter of ERIC DORN, Petitioner, and KATHRYN M. FINOCCHIO, Petitioner-Appellant, v HAN SONG BLACKMER,

Respondent. (Proceeding No. 1.) In the Matter of HAN SONG BLACKMER, Respondent, v ERIC DORN, Respondent, and KATHRYN M. FINOCCHIO, Respondent-Appellant. (Proceeding No. 2.) [741 NYS2d 787] —Appeal from an order of Family Court, Onondaga County (Klim, J.), entered March 22, 2001, which, inter alia, granted in part the petition of Han Song Blackmer and awarded him sole custody of the child.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court, Onondaga County, Klim, J. Present—Pigott, Jr., P.J., Green, Wisner, Scudder and Kehoe, JJ.